IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )        8:08CR458
                               )
        v.                     )
                               )
JILLIAN MORROW,                )            ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 15).  The Court notes defendant will file a waiver of speedy trial.  Accordingly,

IT IS ORDERED that the motion to continue trial is granted; trial of this matter is rescheduled for:

**Monday, March 2, 2009, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  This will give the parties time to pursue plea negotiations or prepare for trial, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between January 26, 2009, and March 2, 2009, shall be deemed excludable time in any computation

of time under the requirement of the Speedy Trial Act.  18 U.S.C.

§ 3161(h)(8)(A) & (B).

DATED this 23rd day of January, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court